UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Richelle Gray, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:09-cv-03660 |
| Aegis Receivables Management, Inc., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 26, 2010

Respectfully submitted,

/s/ Diana P. Larson

Diana P. Larson, Attorney-in-Charge
Texas Bar No. 24007799
Southern District of Texas Bar No. 24957
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Email: diana@thelarsonlawoffice.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas, Houston Division, Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Diana P. Larson

                                            Diana P. Larson