UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Richelle Gray, §
§
    Plaintiff, §
§
versus § Civil Action H-09-3660
§
Aegis Receivables Management, Inc., §
§
    Defendant. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 27, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge